THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Josh West, Appellant.
 
 
 

Appeal From Williamsburg County
Howard P. King,
 Circuit Court Judge
Unpublished Opinion No. 2007-UP-432
Submitted October 1, 2007  Filed October 9, 2007    

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER
 CURIAM:  Josh West appeals his guilty pleas to armed robbery
 and possession of a weapon during a crime of violence.  He maintains his guilty
 pleas were not intelligent and voluntary because the judge advised him of these
 rights in a cursory manner, failing to convey the importance of these rights and
 therefore, his guilty pleas failed to conform to the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Wests appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.